1  ASHLEY VINSON CRAWFORD (SBN 257246)
2  avcrawford@akingump.com
   REGINALD D. STEER (SBN 56324)
3  rsteer@akingump.com
4  DANIELLE C. GINTY (SBN 216809)
   dginty@akingump.com
5  **AKIN GUMP STRAUSS HAUER & FELD LLP**
6  580 California Street, Suite 1500
   San Francisco, CA 94014
7  Telephone:   415.765.9500
8  Facsimile:   415.765.9501

9  Attorneys for Defendants D and D Marketing,
   Inc., d/b/a T3Leads, Grigor Demirchyan, and
10 Marina Demirchyan

11

12

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15                   WESTERN DIVISION

16

17 | Consumer Financial Protection | Case No. 2:15-cv-09692-PSG(Ex)
   | Bureau,
18 |                               | STIPULATION TO EXTEND TIME
19 |           Plaintiffs,         | TO RESPOND TO INITIAL
   |                               | COMPLAINT BY NOT MORE THAN
20 |      v.                       | 30 DAYS (L.R. 8-3)
21 | D and D Marketing, Inc., d/b/a | Complaint Served: March 10, 2016
   | T3Leads, Grigor Demirchyan, and | Current Response Date: May 9, 2016
22 | Marina Demirchyan,            | New Response Date: June 8, 2016
23 |
   |           Defendants.
24

25

26

27

28

Pursuant to Local Rule 8-3, this Stipulation is entered into between Plaintiff the Consumer Financial Protection Bureau ("Plaintiff") and Defendants D and D Marketing, Inc., d/b/a T3Leads, Grigor Demirchyan, and Marina Demirchyan (collectively "Defendants") with reference to the following facts:

A. Plaintiff filed the Complaint in the above-captioned action ("Complaint") on December 17, 2015;

B. On March 10, 2016, Plaintiff served a notice of lawsuit and request for waiver of service of summons for each of the Defendants on prior counsel for the Defendants;

C. On March 15, 2016, Defendants returned executed waivers of service of summons to Plaintiff, making their response to the Complaint due on or before May 9, 2016;

D. The Defendants have requested and Plaintiff is agreeable to an extension of the Defendants' time to answer, move or otherwise respond to the Complaint until June 8, 2016; and

E. This extension will not alter the date of any event or deadline already fixed by Court order, and is less than 30 days from the original deadline to respond to the Complaint.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and the Defendants, through their respective counsel, that the Defendants shall have up to and including June 8, 2016 to answer, move or otherwise respond to the Complaint.

Dated:  May 4, 2016                     AKIN GUMP STRAUSS HAUER & FELD LLP

By  /s/ *Ashley Vinson Crawford*
Ashley Vinson Crawford
Attorneys for Defendants D&D Marketing, Inc.,
d/b/a T3 Leads, Grigor Demirchyan, and Marina
Demirchyan

Dated: May 4, 2016

CONSUMER FINANCIAL PROTECTION BUREAU

By /s/ *Kara Miller*
Kara Miller
Attorney for Plaintiff Consumer Financial Protection Bureau

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.1**

I, Ashley Vinson Crawford, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-4.3.1, I hereby attest that all signatories have concurred in this filing.

Dated: May 4, 2016

AKIN GUMP STRAUSS HAUER & FELD LLP

By /s/ *Ashley Vinson Crawford*
Ashley Vinson Crawford
Attorneys for Defendants D&D Marketing, Inc., d/b/a T3 Leads, Grigor Demirchyan, and Marina Demirchyan

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF CALIFORNIA

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, Suite 1500, San Francisco, CA 94104. On May 2, 2016, I served the foregoing document(s) described as: **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** on the interested party(ies) below, using the following means:

> All parties identified for Notice of Electronic
> Filing generated by the Court's CM/ECF system
> under the reference case caption and number

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 4, 2016 at San Francisco, California.

_Suzanne G. Martinson_
Suzanne G. Martinson