MORGAN, LEWIS & BOCKIUS LLP
Nathan J. Hochman, Bar No. 139137
nathan.hochman@morganlewis.com
The Water Garden
Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, CA  90404-4082
Tel:   +1.310.907.1000
Fax:  +1.310.907.1001

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>Plaintiffs,<br><br>v.<br><br>Dmitry Fomichev<br><br>Defendant. | Case No. 2:15-cv-9692-PSG (Ex)<br><br>NOTICE OF ERRATA RE: DOCKET ENTRY NO. 27<br><br>Judge: Hon. Philip S. Gutierrez<br><br>Ctrm:  880 |

**TO THE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Dmitry Fomichev ("Defendant") files this Notice of Errata with respect to Docket Entry No. 27, which is a Stipulation to Extend Time to Respond to Initial Complaint by Not More Than 30 Days (L.R. 8-3) ("Stipulation").  By mistake and inadvertence, the caption page to the Stipulation had the wrong case number.  Defendant will correct the error by filing an Amended Stipulation to Extend Time to Respond to Initial

Complaint by Not More Than 30 Days (L.R. 8-3) as a new docket entry under Case No. 2:16-cv-2724-PSG (Ex) to avoid any confusion.

Dated: May 12, 2016

MORGAN LEWIS & BOCKIUS LLP

By  /s/ Nathan J. Hochman

Nathan J. Hochman
Attorneys for Defendant Dmitry Fomichev