ASHLEY VINSON CRAWFORD (SBN 257246)
avcrawford@akingump.com
REGINALD D. STEER (SBN 56324)
rsteer@akingump.com
DANIELLE C. GINTY (SBN 261809)
dginty@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, CA 94014
Telephone:    415.765.9500
Facsimile:    415.765.9501

Attorneys for Defendants D and D Marketing, Inc., d/b/a T3Leads, Grigor Demirchyan, and Marina Demirchyan

E-FILED 5/27/16

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>                      Plaintiffs,<br><br>     v.<br><br>D and D Marketing, Inc., d/b/a T3Leads, Grigor Demirchyan, and Marina Demirchyan,<br><br>                      Defendants. | Case No. 2:15-cv-09692-PSG(Ex)<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT TO ALLOW FOR PLAINTIFF TO AMEND COMPLAINT<br><br>Complaint Served:  March 10, 2016<br>Current Response Date:  June 8, 2016<br>New Proposed Response Date:  June 29, 2016 |

1  Having considered the Stipulation To Extend Time To Respond To Initial
2  Complaint To Allow For Plaintiff To Amend Complaint entered into between Plaintiff the
3  Consumer Financial Protection Bureau ("Plaintiff") and Defendants D and D Marketing,
4  Inc., d/b/a T3Leads, Grigor Demirchyan, and Marina Demirchyan (collectively,
5  "Defendants"), and good cause appearing, it is hereby ORDERED that:

- Defendants shall have up to and including June 29, 2016 to answer, move, or otherwise respond to the Complaint;
- On or before June 29, 2016, the parties will file a stipulation requesting that Plaintiff be granted leave to file an amended complaint, in compliance with Local Rule 15 ("Stipulation for Leave to Amend the Complaint"); and
- Defendants shall have thirty (30) days after the Court approves or rejects the Stipulation for Leave to Amend the Complaint to answer, move, or otherwise respond to the Amended Complaint or the Complaint, if appropriate.

IT IS SO ORDERED.

5/27/16

PHILIP S. GUTIERREZ
Hon. Philip S. Gutierrez

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF CALIFORNIA

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, Suite 1500, San Francisco, CA 94104. On May 2, 2016, I served the foregoing document(s) described as: **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT TO ALLOW FOR PLAINTIFF TO AMEND COMPLAINT** on the interested party(ies) below, using the following means:

> All parties identified for Notice of Electronic
> Filing generated by the Court's CM/ECF system
> under the reference case caption and number

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 26, 2016 at San Francisco, California.

*Suzanne G. Martinson*
Suzanne G. Martinson