ASHLEY VINSON CRAWFORD (SBN 257246)
avcrawford@akingump.com
REGINALD D. STEER (SBN 56324)
rsteer@akingump.com
DANIELLE C. GINTY (SBN 261809)
dginty@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, CA 94014
Telephone:   415.765.9500
Facsimile:    415.765.9501

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>D and D Marketing, Inc., d/b/a T3Leads, Grigor Demirchyan, and Marina Demirchyan,<br><br>　　　　　　　　Defendants. | Case No. 2:15-cv-09692-PSG-E<br><br>**DEFENDANTS' UNOPPOSED APPLICATION AND [PROPOSED] ORDER TO EXCEED PAGE LIMITS ON THEIR MOTION TO DISMISS** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants D and D Marketing, Inc., d/b/a T3Leads, Grigor Demirchyan, and Marina Demirchyan (collectively, "Defendants") hereby apply for leave to exceed the Court's 25-page limit on Defendants' memorandum of points and authorities in support of their Motion to Dismiss. Defendants' Motion will be filed on August 1, 2016, under Federal Rule of Civil Procedure 12(b)(6). Plaintiff Consumer Financial Protection Bureau (the "Bureau") does not oppose this request. (Declaration of Danielle C. Ginty ("Ginty Decl."), ¶ 2.)

Defendants estimate that their memorandum in support of the Motion to Dismiss will not exceed 35 pages using 14-point font, excluding any title page, indices of cases, table of contents, and exhibits. Good cause exists for Defendants' request because the Bureau alleges two causes of action under the Consumer Financial Protection Act (the "CFPA"), a relatively new statute with little judicial guidance. Defendants intend to raise numerous challenges to the allegations in their Motion, including, that the Bureau does not have statutory authority to regulate Defendants, applying the CFPA under the circumstances presented in this case would be unconstitutional as applied to Defendants, the Bureau fails to plead sufficient facts to state plausible claims for relief against any of the defendants under the CFPA, and the Bureau cannot recover much of the monetary relief it seeks. *See Xochitl Hernandez and Cesar Matias v. Loretta Lynch, U.S. Attorney General, et al.*, No. 5:16-cv-00620-JGB-KK, ECF No. 65, (C.D. Cal. June 10, 2016) (granting stipulation for leave to exceed 25 page limit for memoranda regarding motion to dismiss where plaintiffs' complaint raised four causes of action); *Altamura v. L'Oreal*, USA., Inc., No. 2:11-cv-05465-CAS-JC, 2013 U.S. Dist. LEXIS 81916, *1 (C.D. Cal. June 6, 2013) (granting defendants' unopposed application to exceed page limitation in opposition to motion for class certification). Permitting Defendants to fully address these issues at this initial pleading stage will promote efficiency and streamline the resolution of the dispute.

Prior to the filing of this Application, counsel for Defendants informed counsel for the Bureau of their request by email. (Ginty Decl., ¶ 2.) Counsel for the Bureau indicated that the Bureau does not oppose the request. (*Id.*) Contact information for counsel of record for the Bureau is as follows:

> Barry E Reiferson
> Consumer Financial Protection Bureau
> 1700 G Street NW
> Washington, DC 20552
> 212-328-7020
> Fax: 212-328-7050
> Email: barry.reiferson@cfpb.gov
>
> Kara K. Miller
> Consumer Financial Protection Bureau
> Office of Enforcement
> 1700 G Street NW
> Washington, DC 20552
> 202-435-7825
> Fax: 202-435-7329
> Email: kara.miller@cfpb.gov
>
> Kent A Kawakami
> AUSA - Office of US Attorney
> Civil Division
> 300 N Los Angeles Street Suite 7516
> Los Angeles, CA 90012
> 213-894-4858
> Fax: 213-894-2380
> Email: kent.kawakami@usdoj.gov
>
> Meghan Sherman Cater
> Consumer Financial Protection Bureau
> Office of Enforcement
> 1700 G Street NW
> Washington, DC 20552
> 202-435-9165
> Fax: 202-435-7329
> Email: meghan.sherman@cfpb.gov
>
> Leanne E Hartmann
> Consumer Financial Protection Bureau
> Office of Enforcement
> 301 Howard Street Suite 1200
> San Francisco, CA 94105
> 415-844-9787
> Fax: 415-844-9788
> Email: leanne.hartmann@cfpb.gov

Accordingly, Defendants respectfully request that the Court approve their request and grant Defendants leave to file a memorandum in support of the Motion to Dismiss that is no more than 35 pages in length.

Dated: July 28, 2016                    AKIN GUMP STRAUSS HAUER & FELD LLP

                                        By    */s/ Ashley Vinson Crawford*
                                              Ashley Vinson Crawford
                                              Reginald D. Steer
                                              Danielle C. Ginty

                                        Attorneys for Defendants D&D Marketing, Inc., d/b/a T3 Leads, Grigor Demirchyan, and Marina Demirchyan

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, Suite 1500, San Francisco, CA 94104. On July 28, 2016, I served the foregoing document(s) described as:

1. **DEFENDANTS' UNOPPOSED APPLICATION AND [PROPOSED] ORDER TO EXCEED PAGE LIMITS ON THEIR MOTION TO DISMISS;**

2. **DECLARATION OF DANIELLE C. GINTY IN SUPPORT OF DEFENDANTS' UNOPPOSED APPLICATION TO EXCEED PAGE LIMITS ON THEIR MOTION TO DISMISS; AND**

3. **[PROPOSED] ORDER GRANTING APPLICATION TO EXCEED PAGE LIMITS ON DEFENDANTS' MOTION TO DISMISS,**

on the interested party(ies) below, using the following means:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the reference case caption and number**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service is made.

Executed on July 28, 2016, at San Francisco, California.

Jeremias V. Cordero

1
CERTIFICATE OF SERVICE