E-FILED-8/1/16
LINK#38

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>D and D Marketing, Inc., d/b/a T3Leads, Grigor Demirchyan, and Marina Demirchyan,<br><br>　　　　　　Defendants. | Case No. 2:15-cv-09692-PSG-E<br><br>ORDER GRANTING APPLICATION TO EXCEED PAGE LIMITS ON DEFENDANTS' MOTION TO DISMISS |

　　Having considered Defendants' D and D Marketing, Inc., d/b/a T3Leads, Grigor Demirchyan, and Marina Demirchyan (collectively, "Defendants") Unopposed Application to Exceed Page Limits on Their Motion to Dismiss, and for good cause appearing, the Court APPROVES the Application, and it is hereby ORDERED that:

　　Defendants are permitted to file a memorandum in support of the Motion to Dismiss that is no more than 35 pages in length.

　　It is so ORDERED.

**PHILIP S. GUTIERREZ**

Dated: 8/1/16

United States District Judge