KARA K. MILLER (*pro hac vice*)
Email: kara.miller@cfpb.gov
MEGHAN SHERMAN CATER (*pro hac vice*)
Email: meghan.sherman@cfpb.gov
BARRY REIFERSON (*pro hac vice*)
Email: barry.reiferson@cfpb.gov
LEANNE E. HARTMANN, CA Bar #264787
Email: leanne.hartmann@cfpb.gov
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone: (202) 435-7825
Facsimile: (202) 435-7329
KENT A. KAWAKAMI, CA Bar #149803
Email: kent.kawakami@usdoj.gov
Local Counsel
United States Attorney's Office
Central District of California – Civil Division
300 North Los Angeles Street, Room 7516
Los Angeles, CA 90012
Telephone: (213) 894-4858
Facsimile: (213) 894-2380
Attorneys for Plaintiff
Consumer Financial Protection Bureau

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>Plaintiff,<br><br>v.<br><br>D and D Marketing, Inc., d/b/a T3Leads, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-9692-PSG(Ex)<br><br>APPLICATION TO CONTINUE HEARING DATE; PROPOSED ORDER<br><br>Current hearing date:<br>October 17, 2016; 1:30 p.m.; Courtroom 880 - Roybal (Judge Gutierrez)<br>New hearing date:<br>November 7, 2016; 1:30 p.m.; Courtroom 880 - Roybal (Judge Gutierrez) |

The Consumer Financial Protection Bureau respectfully submits this Application to Continue Hearing Date and, for the reasons stated in the accompanying Memorandum in Support, requests that the Court continue the hearing date on the defendants' Motion to Dismiss (ECF no. 39) from October 17, 2016, at 1:30 p.m., to November 7, 2016, at 1:30 p.m. Continuance of the hearing date to November 7, 2016, would result in due dates of October 17, 2016, for opposition papers and October 24, 2016, for reply papers.

A proposed order is provided.

Dated: August 18, 2016

CONSUMER FINANCIAL PROTECTION BUREAU

By /s/ *Kara K. Miller*
Kara K. Miller
Attorney for Plaintiff Consumer Financial Protection Bureau