ASHLEY VINSON CRAWFORD (SBN 257246)
avcrawford@akingump.com
DANIELLE C. GINTY (SBN 261809)
dginty@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, CA 94014
Telephone: 415.765.9500
Facsimile: 415.765.9501

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

Consumer Financial Protection Bureau,

Plaintiffs,

v.

D and D Marketing, Inc., d/b/a T3Leads, Grigor Demirchyan, and Marina Demirchyan,

Defendants.

Case No. 2:15-cv-09692-PSG(Ex)

STIPULATION TO (1) WITHDRAW APPLICATION TO CONTINUE HEARING DATE ON MOTION TO DISMISS, (2) CONTINUE HEARING DATE ON MOTION TO DISMISS, AND (3) MODIFY BRIEFING SCHEDULE ON MOTION TO DISMISS; [2] [PROPOSED] ORDER (lodged under separate cover).

Current Hearing Date: Oct. 17, 2016
Proposed Hearing Date: Nov. 7, 2016
Time: 1:30 p.m.
Judge: Hon. Philip S. Gutierrez
Ctrm: 880

1

STIPULATION TO (1) WITHDRAW APPLICATION TO CONTINUE HEARING DATE ON MOTION TO DISMISS, (2) CONTINUE HEARING DATE ON MOTION TO DISMISS, AND (3) MODIFY BRIEFING SCHEDULE ON MOTION TO DISMISS; [2] [PROPOSED] ORDER
CASE NO. 2:15-CV-09692

This Stipulation is entered into between Plaintiff the Consumer Financial Protection Bureau ("Plaintiff") and Defendants D and D Marketing, Inc., d/b/a T3Leads, Grigor Demirchyan, and Marina Demirchyan (collectively, "Defendants") with reference to the following facts:

1. Plaintiff filed the first Amended Complaint in this action on June 30, 2016 (ECF No. 37).

2. Defendants filed a Motion to Dismiss on August 1, 2016, and, after conferring with counsel for Plaintiff, set a hearing date for October 17, 2016, at 1:30 p.m. (ECF No. 39).

3. This action is related to two separate actions pending before this Court: (1) *Consumer Financial Protection Bureau v. Dmitry Fomichev*, Civil Action No. 2:16-cv-2724-PSG(Ex); and (2) *Consumer Financial Protection Bureau v. Davit Gasparyan*, Civil Action No. 2:16-cv-2725-PSG(Ex).

4. Motions to dismiss the related actions have been filed and set for hearings on September 26, 2016 (Civil Action No. 2:16-cv-2724-PSG(Ex), ECF No. 29), and November 7, 2016 (Civil Action No. 2:16-cv-2725-PSG(Ex), ECF No. 31).

5. The motions in all three matters raise related arguments, and Defendants' Motion incorporates by reference an argument raised by the defendant in *Consumer Financial Protection Bureau v. Dmitry Fomichev*, Civil Action No. 2:16-cv-2724-PSG(Ex) (*D and D Marketing*, ECF No. 39 at 10, Memorandum of Points and Authorities at 3, n.1).

6. The interests of justice and efficiency would be served by hearing all three motions on the same day.

7. The Consumer Financial Protection Bureau and defendant Dmitry Fomichev have stipulated to a continuance of the hearing date in *Consumer Financial Protection Bureau v. Dmitry Fomichev*, Civil Action No. 2:16-cv-2724-PSG(Ex), from

September 26, 2016, to November 7, 2016, so that the hearings in the related matters may be coordinated (*Fomichev* ECF no. 30).

8. On August 18, 2016, Plaintiff filed an Application to Continue the Hearing Date (ECF No. 41) in this matter from October 17, 2016, to November 17, 2016.

9. Before filing the Application, counsel for Plaintiff met and conferred with counsel for Defendants about the Application. Although counsel for Defendants did not oppose moving the hearing date, because of scheduling issues, counsel for Defendants was concerned about the briefing schedule that would be dictated by a November 7, 2016, hearing date. The parties were unable to agree on a modified briefing schedule or moving the hearing date.

10. After further meeting and conferring, Plaintiff and Defendants have agreed to continue the hearing date on the Motion to Dismiss and modify the briefing schedule. In addition, the parties agree that Plaintiff need not address the argument raised in the Motion to Dismiss filed in *Consumer Financial Protection Bureau v. Dmitry Fomichev*, Civil Action No. 2:16-cv-2724-PSG(Ex), that Defendants incorporated by reference until Plaintiff files its Opposition to that separate motion.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, through their respective counsel, that:

- Plaintiff's Application to Continue the Hearing Date on the Motion to Dismiss is withdrawn;
- The hearing on the Motion to Dismiss shall be continued from October 17, 2016, to November 7, 2016;
- Plaintiff shall file its Opposition to the Motion to Dismiss on or before 9:00 a.m. pacific time on October 6, 2016; and

/ / /

/ / /

/ / /

3

STIPULATION TO (1) WITHDRAW APPLICATION TO CONTINUE HEARING DATE ON MOTION TO DISMISS, (2) CONTINUE HEARING DATE ON MOTION TO DISMISS, AND (3) MODIFY BRIEFING SCHEDULE ON MOTION TO DISMISS; [2] [PROPOSED] ORDER CASE NO. 2:15-CV-09692

- Defendants shall file their Reply on or before October 24, 2016.

Dated: August 19, 2016

AKIN GUMP STRAUSS HAUER & FELD LLP

By /s/ *Ashley Vinson Crawford*
Ashley Vinson Crawford
Attorneys for Defendants D&D Marketing, Inc., d/b/a T3 Leads, Grigor Demirchyan, and Marina Demirchyan

Dated: August 19, 2016

CONSUMER FINANCIAL PROTECTION BUREAU

By /s/ *Kara Miller*
Kara Miller
Attorney for Plaintiff Consumer Financial Protection Bureau

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.1**

I, Ashley Vinson Crawford, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-4.3.1, I hereby attest that all signatories have concurred in this filing.

Dated: August 19, 2016

AKIN GUMP STRAUSS HAUER & FELD LLP

By /s/ *Ashley Vinson Crawford*
Ashley Vinson Crawford
Attorneys for Defendants D&D Marketing, Inc., d/b/a T3 Leads, Grigor Demirchyan, and Marina Demirchyan

5

STIPULATION TO (1) WITHDRAW APPLICATION TO CONTINUE HEARING DATE ON MOTION TO DISMISS, (2) CONTINUE HEARING DATE ON MOTION TO DISMISS, AND (3) MODIFY BRIEFING SCHEDULE ON MOTION TO DISMISS; [2] [PROPOSED] ORDER
CASE NO. 2:15-CV-09692