# DENIED
## BY ORDER OF THE COURT

E-FILED: 08/22/2016

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>　　　Plaintiff,<br><br>v.<br><br>D and D Marketing, Inc., d/b/a T3Leads, *et al.*,<br><br>　　　Defendants. | Case No. 2:15-cv-9692-PSG(Ex)<br><br>~~PROPOSED~~ ORDER GRANTING APPLICATION TO CONTINUE HEARING DATE<br><br>Current hearing date:<br>　October 17, 2016; 1:30 p.m.;<br>　Courtroom 880 - Roybal (Judge Gutierrez)<br>New hearing date:<br>　November 7, 2016; 1:30 p.m.;<br>　Courtroom 880 - Roybal (Judge Gutierrez) |

　　Having considered the Plaintiff's Application to Continue Hearing date and Memorandum in Support, the Court FINDS good cause to continue the hearing date on the defendants' Motion to Dismiss (ECF No. 39) and APPROVES the Application. The Court hereby ORDERS that the hearing on Defendants' Motion to Dismiss is CONTINUED to November 7, 2016, at 1:30 p.m. in Courtroom

1

1  880 – Roybal; Plaintiff's opposition papers are due by October 17, 2016; and

2  Defendants' reply papers are due by October 24, 2016.

3

4       It is so ORDERED.

5

6  Dated: _____DENIED_____

                United States District Judge