KARA K. MILLER (*pro hac vice*)
Email: kara.miller@cfpb.gov
MEGHAN SHERMAN CATER (*pro hac vice*)
Email: meghan.sherman@cfpb.gov
BARRY REIFERSON (*pro hac vice*)
Email: barry.reiferson@cfpb.gov
LEANNE E. HARTMANN, CA Bar #264787
Email: leanne.hartmann@cfpb.gov
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone: (202) 435-7825
Facsimile: (202) 435-7329
KENT A. KAWAKAMI, CA Bar #149803
Email: kent.kawakami@usdoj.gov
Local Counsel
United States Attorney's Office
Central District of California – Civil Division
300 North Los Angeles Street, Room 7516
Los Angeles, CA 90012
Telephone: (213) 894-4858
Facsimile: (213) 894-2380
Attorneys for Plaintiff
Consumer Financial Protection Bureau

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>Plaintiff,<br><br>v.<br><br>D and D Marketing, Inc., d/b/a T3Leads, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-9692-PSG(Ex)<br><br>Request also filed in related cases:<br>Case No. 2:16-cv-2724-PSG(Ex)<br>Case No. 2:16-cv-2725-PSG(Ex)<br><br>PLAINTIFF'S REQUEST FOR LEAVE FOR MORE THAN ONE ATTORNEY TO ARGUE ITS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS<br><br>Date: November 7, 2016<br>Time: 1:30 p.m.<br>Court: Hon. Philip S. Gutierrez<br>Courtroom 880 – Roybal |

The Consumer Financial Protection Bureau filed three related cases, *CFPB v. D and D Marketing, Inc., d/b/a T3Leads, et al.*, Case No. 2:15-cv-9692-PSG(Ex), *CFPB v. Fomichev*, Case No. 2:16-cv-2724-PSG(Ex), and *CFPB v. Gasparyan*, Case No. 2:16-cv-2725-PSG(Ex), and motions to dismiss each case are scheduled for hearing before this Court on November 7, 2016.[1] In the event the Court desires oral argument on the motions, the Bureau respectfully requests leave for more than one attorney to present the Bureau's argument such that one attorney

[1] Order Continuing Hearing Dates to Nov. 7, 2016, Case No. 2:15-cv-9692-PSG(Ex), ECF No. 47, Case No. 2:16-cv-2724-PSG(Ex), ECF No. 35, Case No. 2:16-cv-2725-PSG(Ex), ECF No. 32.

may address the constitutional challenges to the Bureau's structure and another attorney may address the remaining issues raised by the three motions to dismiss. The Bureau is aware of the Court's requirement that "[t]he attorney attending any proceeding before this Court . . . must be the lead trial counsel,"[2] and the Bureau's lead trial counsel will be one of the attorneys attending the hearing.

A proposed order is provided.

Dated: October 28, 2016

CONSUMER FINANCIAL PROTECTION BUREAU

By /s/ *Kara K. Miller*
Kara K. Miller
Attorney for Plaintiff Consumer Financial Protection Bureau

[2] Standing Order Regarding Newly Assigned Cases ¶ 3, Case No. 2:15-cv-9692-PSG(Ex), ECF No. 10, Case No. 2:16-cv-2724-PSG(Ex), ECF No. 19, Case No. 2:16-cv-2725-PSG(Ex), ECF No. 9.