# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>      Plaintiff,<br><br> vs.<br><br>Davit Gasparyan, a/k/a David Gasparyan,<br><br>      Defendant. | Case No. 2:16-cv-2725-PSG(Ex)<br>*to be consolidated with:*<br>Case No. 2:15-cv-9692-PSG(Ex)<br>Case No. 2:16-cv-2724-PSG(Ex)<br><br>**[PROPOSED] ORDER** |
| Consumer Financial Protection Bureau,<br><br>      Plaintiff,<br><br> v.<br><br>D and D Marketing, Inc., d/b/a T3Leads, Grigor Demirchyan, and Marina Demirchyan,<br><br>      Defendants. | [*filed concurrently with Notice of Motion and Motion to Consolidate Pretrial Proceedings in Related Actions*]<br><br>Judge:  Hon. Philip S. Gutierrez<br>Courtroom: 6A |
| Consumer Financial Protection Bureau,<br><br>      Plaintiff,<br><br> v.<br><br>Dmitry Fomichev,<br><br>      Defendant. | |

**[PROPOSED] ORDER**

Upon consideration of the pleadings, papers, and arguments of counsel, and with CAUSE shown, Defendant Davit Gasparyan, a/k/a David Gasparyan's Motion to Consolidate Pretrial Proceedings in Related Actions is **GRANTED.**

The Court **HEREBY ORDERS** that, being the matters of:

(1) *Consumer Financial Protection Bureau v. D and D Marketing, et al*, CV 15-9692 PSG (Ex);

(2) *Consumer Financial Protection Bureau v. Fomichev*, CV 16-2724 PSG (Ex); and

(3) *Consumer Financial Protection Bureau v. Gasparyan*, CV 16-2725 PSG (Ex);

are related, they are consolidated for pretrial purposes only and upon a schedule which will be set by the Court. As these three cases all arise from the Consumer Financial Protection Bureau's allegations that D and D Marketing, Inc. d/b/a T3Leads, violated the Consumer Financial Protection Act, and involve the same parties, identical legal claims and virtually identical factual allegations, judicial economy and the risk of inconsistent results demand consolidation of these cases for discovery and pre-trial matters.

[To that end, the Court hereby vacates and adjourns the Scheduling Conference date previously set in *CFPB v. D and D Marketing* and *CFPB v. Fomichev* for March 20, 2017 and reschedules them to be held with the Rule 16(b) Scheduling Conference in *CFPB v. Gasparyan* set for April 3, 2017 at 2:00 p.m.]

[The Court sets the Scheduling Conference for all three matters referenced above for _____, 2017 at 2:00 p.m.]

**IT IS SO ORDERED.**

DATED: _____          _____

United States District Court Judge

– 1 –

[PROPOSED] ORDER