| | |
|---|---|
| 1 | MEGHAN SHERMAN CATER (*pro hac vice*) |
| 2 | Email: meghan.sherman@cfpb.gov |
|   | BARRY REIFERSON (*pro hac vice*) |
| 3 | Email: barry.reiferson@cfpb.gov |
| 4 | JADE A. BURNS (*pro hac vice*) |
|   | Email: jade.burns@cfpb.gov |
| 5 | Consumer Financial Protection Bureau |
| 6 | 1700 G Street, NW |
|   | Washington, DC 20552 |
| 7 | Telephone: (212) 328-7020 |
| 8 | Facsimile: (202) 435-7329 |
|   | KENT A. KAWAKAMI, CA Bar #149803 |
| 9 | Email: kent.kawakami@usdoj.gov |
| 10 | Local Counsel |
|    | United States Attorney's Office |
| 11 | Central District of California – Civil Division |
| 12 | 300 North Los Angeles Street, Room 7516 |
|    | Los Angeles, CA 90012 |
| 13 | Telephone: (213) 894-4858 |
| 14 | Facsimile: (213) 894-2380 |
|    | Attorneys for Plaintiff |
| 15 | Consumer Financial Protection Bureau |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau, | Case No. 2:15-cv-9692-PSG(Ex) |
| | Honorable Philip S. Gutierrez |
| Plaintiff, | DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL AND STAY |
| v. | |
| D and D Marketing, Inc., d/b/a T3Leads, *et al.*, | Hearing Date & Time: March 27, 2017; 1:30 p.m. |
| Defendants. | Courtroom 6A, 350 West 1st Street, 6th Floor, Los Angeles, California 90012 |

DECLARATION IN SUPPORT OF PL'S OPPOSITION TO MOTION FOR CERTIFICATION OF
INTERLOCUTORY APPEAL AND STAY

I, Barry E. Reiferson, under 28 U.S.C. § 1746, declare as follows:

1. I am an attorney licensed to practice law in the State of New York and am employed by the Consumer Financial Protection Bureau (CFPB or Bureau) as an Attorney-Advisor in the Office of Enforcement.

2. I am admitted *pro hac vice* in this case as counsel for plaintiff CFPB.

3. I submit this declaration in support of the Bureau's opposition to the defendants' motions for certification of interlocutory appeal and a concomitant stay filed in three related cases: *CFPB v. D and D Marketing, Inc., d/b/a T3Leads, et al.* [hereinafter *T3*], 2:15-cv-9692-PSG(Ex), ECF No. 69; *CFPB v. Dmitry Fomichev*, 2:16-cv-2724-PSG(Ex), ECF No. 47; *CFPB v. Davit Gasparyan*, 2:16-cv-2724-PSG(Ex), ECF No. 61.

4. I have personal knowledge of the facts stated herein and am competent and authorized to make this Declaration.

5. On October 27, 2016, the Bureau requested that all defendants in these three related cases agree to participate in a Rule 26(f) conference and agree to consolidation of the three cases. The T3 defendants (D and D Marketing, Inc.; Grigor Demirchyan, and Marina Demirchyan) and Fomichev refused the request outright, stating that a "Rule 26(f) conference, discovery and consolidation [was] premature … given the motions to dismiss pending before the Court." Gasparyan stated first that he would likely refuse the request, but soon agreed in principle to a joint Rule 26(f) conference with the other defendants later in 2016. Gasparyan and the other defendants failed to schedule a Rule 26(f) conference or agree to consolidation in 2016. On December 21, 2016, after numerous unreturned telephone calls and emails to Gasparyan's counsel on the subject, Gasparyan's counsel advised the Bureau that Gasparyan was substituting new counsel to whom all communications should be directed.

6. On November 22, 2016, the Bureau requested the T3 Defendants' and Fomichev's participation in a Rule 26(f) conference and reconsideration of

consolidation of the related cases. They refused the request, stating that consolidation and a Rule 26(f) conference were still "premature."

7.  On December 22, 2016, the Bureau requested the T3 Defendants' and Fomichev's participation in a Rule 26(f) conference. They refused the request, stating that a Rule 26(f) conference was still premature.

8.  On January 13, 2017, the Bureau asked the T3 Defendants to agree to participate in a Rule 26(f) conference in February 2017, as no motion to compel participation could be heard significantly in advance of the latest possible Rule 26(f) conference deadline. The T3 Defendants agreed in principle to participate in a Rule 26(f) conference on February 27, 2017, but no earlier.

9.  In January 2017, Fomichev agreed to participate in a Rule 26(f) conference by February 27, 2017. Similarly, Gasparyan agreed in January 2017 to a joint Rule 26(f) conference to take place on February 27, 2017.

10. After agreeing to participate in a joint Rule 26(f) conference only on the last possible date, February 27, 2017, T3, the Demirchyans, and Gasparyan withdrew from that participation immediately upon the Court's continuance of the *T3* scheduling conference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 6, 2017, in New York, New York.

CONSUMER FINANCIAL PROTECTION BUREAU

By: /s/ Barry Reiferson
Barry E. Reiferson
Attorney-Advisor, Office of Enforcement