BARRY REIFERSON (*pro hac vice*)
Email: barry.reiferson@cfpb.gov
MEGHAN SHERMAN CATER (*pro hac vice*)
Email: meghan.sherman@cfpb.gov
JADE A. BURNS (*pro hac vice*)
Email: jade.burns@cfpb.gov
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone: (212) 328-7020
Facsimile: (202) 435-7329
KENT A. KAWAKAMI, CA Bar #149803
Email: kent.kawakami@usdoj.gov
Local Counsel
United States Attorney's Office
Central District of California – Civil Division
300 North Los Angeles Street, Room 7516
Los Angeles, CA 90012
Telephone: (213) 894-4858
Facsimile: (213) 894-2380
Attorneys for Plaintiff
Consumer Financial Protection Bureau

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>Plaintiff,<br><br>v.<br><br>D and D Marketing, Inc., d/b/a T3Leads, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-9692-PSG(Ex)<br><br>Honorable Philip S. Gutierrez<br><br>PLAINTIFF'S RESPONSE TO GASPARYAN'S MOTION FOR CONSOLIDATION<br><br>Hearing Date & Time: April 17, 2017; 1:30 p.m.<br><br>Courtroom 6A, 350 West 1st Street, 6th Floor, Los Angeles, California 90012 |

The Consumer Financial Protection Bureau (Bureau) is plaintiff in three related cases,[1] which it believes should be consolidated for all purposes. Davit Gasparyan, a defendant in one of the related cases, filed identical motions in all three cases seeking consolidation for pretrial purposes only.[2] The Bureau responded to Gasparyan's motion in his case, No. CV 16-2725, on February 17, 2017 (ECF No. 60), and asked the Court to consolidate the three related cases for all purposes.

For the Court's convenience, the Bureau files this response, incorporating by reference the response filed in the *Gasparyan* case, attached hereto as Exhibit 1. Consolidation for all purposes instead of only for pretrial purposes will promote efficiency and will avoid unnecessary duplication of effort and inconsistent results. A proposed order for consolidation is provided.

Dated: March 22, 2017

CONSUMER FINANCIAL PROTECTION BUREAU
By /s/ Meghan Sherman Cater
Meghan Sherman Cater
Attorney for Plaintiff,
Consumer Financial Protection Bureau

---

[1] *CFPB v. Davit Gasparyan*, 2:16-cv-2725-PSG(Ex); *CFPB v. D and D Marketing, Inc., d/b/a T3Leads, et al.*, 2:15-cv-9692-PSG(Ex); and *CFPB v. Dmitry Fomichev*, 2:16-cv-2724-PSG(Ex).

[2] Gasparyan does not cite any authority that would allow him to file his motion in cases to which he is not a party.