UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>             Plaintiff,<br><br>      v.<br><br>D and D Marketing, Inc., d/b/a T3Leads, *et al.*,<br><br>             Defendants. | Case No. 2:15-cv-9692-PSG(Ex) (Lead Case)<br>   consolidated with<br>Case No. 2:16-cv-2725-PSG(Ex) and<br>Case No. 2:16-cv-2724-PSG(Ex)<br><br>Honorable Philip S. Gutierrez<br><br>**[PROPOSED] ORDER** |
| Consumer Financial Protection Bureau,<br><br>             Plaintiff,<br><br>      v.<br><br>Davit Gasparyan,<br><br>             Defendant. | Hearing Date & Time: April 17, 2017; 1:30 p.m.<br><br>Courtroom 6A, 350 West 1st Street, 6th Floor, Los Angeles, California 90012 |

ORDER ON MOTION TO CONSOLIDATE PRETRIAL PROCEEDINGS IN RELATED ACTIONS

Consumer Financial Protection Bureau,

        Plaintiff,

        v.

Dmitry Fomichev,

        Defendant.

      The Consumer Financial Protection Bureau brought this action against D and D Marketing, Inc., d/b/a T3Leads, Grigor Demirchyan and Marina Demirchyan, and two related actions, one against Davit Gasparyan, and one against Dmitry Fomichev, under the Consumer Financial Protection Act of 2010.[1] Each defendant in the related cases moved to dismiss under Federal Rule of Civil Procedure 12(b)(6). The Court denied those motions in a consolidated Order on November 17, 2016. This matter is now before the Court on Gasparyan's Motion to Consolidate Pretrial Proceedings in Related Actions. Upon consideration of the motion, all related filings, and any arguments presented in support, the motion is GRANTED IN PART and DENIED IN PART.

      Finding that the matters involve common questions of law and fact, that consolidation for all purposes will promote efficiency and avoid the potential for inconsistency, and that there is good cause to do so, the Court ORDERS the following actions CONSOLIDATED FOR ALL PURPOSES, under Federal Rule of Civil Procedure 42(a)(2):

    (1) *CFPB v. D and D Marketing, et al.*, 2:15-cv-9692-PSG(Ex);

    (2) *CFPB v. Dmitry Fomichev*, 2:16-cv-2724-PSG(Ex); and

---

[1] 12 U.S.C. §§ 5536(a)(3), 5564, 5565.

(3) *CFPB v. Davit Gasparyan*, 2:16-cv-2725-PSG(Ex).

Case number 2:15-cv-9692 PSG(Ex) shall be the lead case. The caption of every document filed by the parties in these consolidated actions shall denote the lead case number. All documents filed and served to date in the now-consolidated cases identified above are hereby deemed part of the record in these consolidated cases.

Gasparyan's request to adjourn the Scheduling Conference is DENIED AS MOOT because the Court already set scheduling conferences on the same day for all three cases.

IT IS SO ORDERED.

Dated:

_____
Philip S. Gutierrez
United States District Judge