UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES-GENERAL**

**Case Nos.** CV 15-9692-PSG(Ex)  **Date:** May 26, 2017
CV 16-2724-PSG(Ex)
CV 16-2725-PSG(Ex)

**Title:** CONSUMER FINANCIAL PROTECTION BUREAU v. D AND D MARKETING, INC. DBA T3 LEADS, ET AL.
CONSUMER FINANCIAL PROTECTION BUREAU v. DMITRY FOMICHEV
CONSUMER FINANCIAL PROTECTION BUREAU v. DAVIT GASPARYAN

**DOCKET ENTRY**

**PRESENT:**

HON.  **CHARLES F. EICK**, JUDGE

| STACEY PIERSON | N/A |
|---|---|
| **DEPUTY CLERK** | **COURT REPORTER** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**

Barry Reiferson                        Thomas J. Rittenburg    James Rolfes
Meghan Sherman Carter                  Herbert P. Kunowski     Abe Coleman
                                       Patrick M. Kelly

**PROCEEDINGS:**    **STATUS CONFERENCE**

Case called.  Counsel made their appearances.  The Court heard discussion.

The Court ruled that: (1) discovery will not be phased in the manner requested by Defendants; (2) the number of depositions will be limited to thirty (30) depositions per side, absent agreement of the parties or further order of the Court; (3) each deposition will be limited to seven (7) hours in length, absent agreement of the parties or further order of the Court; (4) as soon as practicable, the parties will file a stipulated proposed protective order for confidential information or, failing agreement, a motion for protective order after compliance with Local Rule 37.

The Court also directed the parties to file, on or before June 12, 2017, a stipulation memorializing Plaintiff's agreement to restrict the scope of Plaintiff's claimed remedies, as discussed at the conference.

cc:    Judge Gutierrez
       All Counsel of Record