```
1  PATRICK M. KELLY (SBN 45426)
   patrick.kelly@wilsonelser.com
2  HERBERT P. KUNOWSKI (SBN 150141)
   herbert.kunowski@wilsonelser.com
3  ROBERT COOPER (SBN 209641)
   robert.cooper@wilsonelser.com
4  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
5  555 South Flower Street, Suite 2900
   Los Angeles, CA 90071
6  Telephone:   213.443.5100
   Facsimile:   213.443.5101
7
   ASHLEY VINSON CRAWFORD (SBN 257246)
8  avcrawford@akingump.com
   DANIELLE C. GINTY (SBN 261809)
9  dginty@akingump.com
   AKIN GUMP STRAUSS HAUER & FELD LLP
10 580 California Street, Suite 1500
   San Francisco, CA 94014
11 Telephone:   415.765.9500
   Facsimile:   415.765.9501
12
   Attorneys for Defendants,
13 D and D Marketing, Inc., d/b/a T3Leads,
   Grigor Demirchyan, and Marina Demirchyan
14
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>Plaintiff,<br><br>v.<br><br>D and D Marketing, Inc., d/b/a T3Leads, Grigor Demirchyan, Marina Demirchyan, et al.,<br><br>Defendants. | Case No. **2:15-cv-09692-PSG(Ex)**<br><br>**Hon. Philip S. Gutierrez, Courtroom 6A First Street Courthouse**<br><br>**ADMINISTRATIVE APPLICATION TO CHANGE HEARING DATE ON DEFENDANTS' MOTION TO STAY THE CASE PENDING DISPOSITION OF APPEAL**<br><br>Filed Concurrently with Proposed Order<br><br>**Current Hearing Date:   July 17, 2017**<br>**Current Hearing Time:   1:30 p.m.**<br><br>**Requested Hearing Date: June 26, 2017**<br>**Requested Hearing Time: 1:30 p.m.** |

**ADMINISTRATIVE APPLICATION TO CHANGE HEARING DATE ON DEFENDANTS' MOTION TO STAY THE CASE PENDING DISPOSITION OF APPEAL**

2767809v.1

# ADMINISTRATIVE APPLICATION

Through this application, Defendants, D and D Marketing, Inc., d/b/a T3 Leads, Grigor Demirchyan, and Marina Demirchyan (collectively "Defendants"), in the above-captioned action brought by Plaintiff, Consumer Financial Protection Bureau (the "Bureau"), respectfully request this Court to modify the hearing date on Defendants' motion to stay the case pending disposition of appeal, from July 17 to June 26, 2017.

Defendants make this request given the breadth and scope of this litigation as reflected in the parties' Joint Rule 26(f) Report filed on April 20, 2017 (D.E. 83); the recent developments reflected in Defendants' motion in support of a stay of this litigation; and this Court's online hearing calendar which currently indicates that no date is available earlier than July 17, 2017, to hear Defendants' motion.

Changing the hearing date on Defendants' motion as requested to June 26, 2017, will not prejudice the Bureau, as Defendants' motion and this application were both filed and served more than 28 days before June 26 as required by Local Rule 6-1.

Dated:  May 26, 2017

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By  _/s/ Herbert P. Kunowski_
      Herbert P. Kunowski

Attorneys for Defendants,
D and D Marketing, Inc., d/b/a T3Leads,
Grigor Demirchyan, and Marina Demirchyan