PATRICK M. KELLY (SBN 45426)
patrick.kelly@wilsonelser.com
HERBERT P. KUNOWSKI (SBN 150141)
herbert.kunowski@wilsonelser.com
ROBERT COOPER (SBN 209641)
robert.cooper@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, CA 90071
Telephone:   213.443.5100
Facsimile:   213.443.5101

ASHLEY VINSON CRAWFORD (SBN 257246)
avcrawford@akingump.com
DANIELLE C. GINTY (SBN 261809)
dginty@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, CA 94014
Telephone:   415.765.9500
Facsimile:   415.765.9501

Attorneys for Defendants,
D and D Marketing, Inc., d/b/a T3Leads,
Grigor Demirchyan, and Marina Demirchyan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>Plaintiff,<br><br>v.<br><br>D and D Marketing, Inc., d/b/a T3Leads, Grigor Demirchyan, Marina Demirchyan, et al.,<br><br>Defendants. | **Case No. 2:15-cv-09692-PSG(Ex)**<br><br>**Hon. Philip S. Gutierrez, Courtroom 6A First Street Courthouse**<br><br>**[PROPOSED] ORDER ON D&D'S ADMINISTRATIVE APPLICATION TO CHANGE HEARING DATE ON ITS MOTION TO STAY THE CASE PENDING DISPOSITION OF APPEAL**<br><br>Filed Concurrently with Such Application<br><br>**Current Hearing Date:   July 17, 2017**<br>**Current Hearing Time:   1:30 p.m.**<br><br>**Requested Hearing Date: June 26, 2017**<br>**Requested Hearing Time: 1:30 p.m.** |

**[PROPOSED] ORDER ON D&D'S ADMINISTRATIVE APPLICATION TO CHANGE HEARING DATE ON ITS MOTION TO STAY THE CASE PENDING DISPOSITION OF APPEAL**

2771649v.1

# [PROPOSED] ORDER

Upon consideration of the Administrative Application filed by Defendants D and D Marketing, Inc., d/b/a T3Leads, Grigor Demirchyan, and Marina Demirchyan ("D&D"), the Court HEREBY ORDERS that the hearing date on D&D's motion to stay the case pending disposition of D&D's appeal be changed from July 17, 2017 at 1:30 p.m., to June 26, 2017 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: June___, 2017

By: */s/*
Hon. Philip S. Gutierrez
United States District Court Judge

2
**[PROPOSED] ORDER ON D&D'S ADMINISTRATIVE APPLICATION TO CHANGE HEARING DATE ON ITS MOTION TO STAY THE CASE PENDING DISPOSITION OF APPEAL**
2771649v.1

# [PROPOSED] ORDER

Upon consideration of the Administrative Application filed by Defendants D and D Marketing, Inc., d/b/a T3Leads, Grigor Demirchyan, and Marina Demirchyan ("D&D"), the Court HEREBY ORDERS that the hearing date on D&D's motion to stay the case pending disposition of D&D's appeal be changed from July 17, 2017 at 1:30 p.m., to June 26, 2017 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: June___, 2017

By: */s/*
Hon. Philip S. Gutierrez
United States District Court Judge

2

**[PROPOSED] ORDER ON D&D'S ADMINISTRATIVE APPLICATION TO CHANGE HEARING DATE ON ITS MOTION TO STAY THE CASE PENDING DISPOSITION OF APPEAL**

2771649v.1