BARRY REIFERSON (*pro hac vice*)
Email: barry.reiferson@cfpb.gov
MEGHAN SHERMAN CATER (*pro hac vice*)
Email: meghan.sherman@cfpb.gov
JADE A. BURNS (*pro hac vice*)
Email: jade.burns@cfpb.gov
LEANNE E. HARTMANN, CA Bar #264787
Email: leanne.hartmann@cfpb.gov
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone: (212) 328-7020
Facsimile: (202) 435-7329
Attorneys for Plaintiff
Consumer Financial Protection Bureau

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>Plaintiff,<br><br>v.<br><br>D and D Marketing, Inc., d/b/a T3Leads, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-09692-PSG-E<br><br>STIPULATION MEMORIALIZING PLAINTIFF'S AGREEMENT TO RESTRICT THE SCOPE OF PLAINTIFF'S CLAIMED RELIEF<br><br>Hon. Philip S. Gutierrez,<br>First Street Courthouse, 350 West 1st Street, Courtroom 6A |

Plaintiff Consumer Financial Protection Bureau ("Bureau"), in compliance with the Court Order at ECF No. 89, and as stated in its May 23, 2017 amended initial disclosures to defendants D and D Marketing, Inc., d/b/a T3Leads ("T3"); Davit Gasparyan (a/k/a David Gasparyan); Dmitry Fomichev; Marina Demirchyan; and Grigor Demirchyan (collectively, "Defendants"), stipulates that it will seek no more than the following relief in these related cases:

A. Injunctive relief as may be necessary to prevent consumer injury during the pendency of this action and to preserve the possibility of effective final relief;

B. Permanent injunction to prevent Defendants from committing future violations of the Consumer Financial Protection Act of 2010, 12 U.S.C. §§ 5531, 5536(a)(1), or any provision of "Federal consumer financial law," as defined by 12 U.S.C. § 5481(14);

C. Disgorgement of Defendants' revenues in connection with T3's business;

D. Disgorgement of Defendants' unjust enrichment in connection with T3's business; and

E. Civil money penalties under 12 U.S.C. § 5565(c) and 12 C.F.R. § 1083.1.

Dated: June 2, 2017

CONSUMER FINANCIAL PROTECTION BUREAU

By: /s/ Barry Reiferson
    Attorney for Plaintiff,
    Consumer Financial Protection Bureau