BARRY REIFERSON (*pro hac vice*)
Email: barry.reiferson@cfpb.gov
MEGHAN SHERMAN CATER (*pro hac vice*)
Email: meghan.sherman@cfpb.gov
JADE A. BURNS (*pro hac vice*)
Email: jade.burns@cfpb.gov
LEANNE E. HARTMANN, CA Bar #264787
Email: leanne.hartmann@cfpb.gov
CONSUMER FINANCIAL PROTECTION BUREAU
1700 G Street, NW
Washington, DC 20552
Telephone: (212) 328-7020; Facsimile: (202) 435-7329
Attorneys for Plaintiff, Consumer Financial Protection Bureau

PATRICK M. KELLY (SBN 45426)
patrick.kelly@wilsonelser.com
HERBERT P. KUNOWSKI (SBN 150141)
herbert.kunowski@wilsonelser.com
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
555 South Flower Street, Suite 2900
Los Angeles, CA 90071
Telephone: 213.443.5100
Facsimile: 213.443.5101
Attorneys for Defendants D and D Marketing, Inc., d/b/a T3Leads; Grigor Demirchyan; and Marina Demirchyan

STEVEN B. SOLTMAN, ESQ., SBN 108649
Email: ssoltman@slfesq.com
THOMAS RITTENBURG, ESQ., SBN 108090
Email: Trittenburg@sflesq.com
SOLTMAN, LEVITT, FLAHERTY & WATTLES LLP
90 E. Thousand Oaks Blvd., Ste. 300
Thousand Oaks, CA 91360
Telephone: (805) 497-7706; Facsimile: (805) 497-1147
Attorneys for Defendant Dmitry Fomichev

ABRAHAM J. COLMAN (SBN 146933)
Email: acolman@reedsmith.com
RAFFI KASSABIAN (SBN 260358)
Email: rkassabian@reedsmith.com
JAMES A. ROLFES (*pro hac vice*)
Email: jrolfes@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000; Facsimile: +1 213 457 8080
Attorneys for Defendant Davit Gasparyan, a/k/a David Gasparyan

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>　　　　Plaintiff,<br><br>v.<br><br>D and D Marketing, Inc., d/b/a T3Leads, *et al.*,<br><br>　　　　Defendants. | Case No. 2:15-cv-09692-PSG(Ex)<br><br>(consolidated for pretrial purposes with Case Nos. 2:16-cv-02724-PSG(Ex) and 2:16-cv-02725-PSG(Ex))<br><br>**JOINT STIPULATION FOR ENTRY OF STIPULATED FEDERAL RULE OF EVIDENCE 502(d) ORDER** |

Plaintiff Consumer Financial Protection Bureau (the "Bureau") and Defendants D and D Marketing d/b/a T3Leads ("T3"), Marina Demirchyan, Grigor Demirchyan, Dmitry Fomichev, and Davit Gasparyan (a/k/a David Gasparyan) stipulate to and request entry of the accompanying proposed Stipulated Federal Rule of Evidence 502(d) Order consistent with their Joint Rule 26(f) Report. *See* ECF No. 83, pp.9-10.

Dated: June 9, 2017

Respectfully submitted,

Consumer Financial Protection Bureau

/s/ Barry E. Reiferson
Barry Reiferson (*pro hac vice*)
Attorney for Plaintiff,
Consumer Financial Protection Bureau

Soltman, Levitt, Flaherty & Wattles LLP

/s/ Thomas Rittenburg
Thomas Rittenburg, Esq., SBN 108090
Attorney for Defendant,
Dmitry Fomichev

Wilson, Elser, Moskowitz, Edelman & Dicker LLP

/s/ Herbert P. Kunowski
Patrick M. Kelly, SBN 45426
Herbert P. Kunowski, SBN 150141
Attorney for Defendants,
D and D Marketing, Inc., d/b/a T3Leads;
Grigor Demirchyan; and Marina Demirchyan

Reed Smith LLP

/s/ Abraham Colman
Abraham J. Colman, SBN 146933
Attorney for Defendant,
Davit Gasparyan, a/k/a David Gasparyan

**Attestation Pursuant To Local Rule 5-4.3.4**

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of this document.

/s/ Abraham Colman
Abraham J. Colman, SBN 146933
Attorney for Davit Gasparyan, a/k/a David Gasparyan

3

JOINT STIPULATION FOR ENTRY OF STIPULATED FEDERAL RULE OF EVIDENCE 502(d) ORDER
2784169v.1