UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>    Plaintiff,<br><br>v.<br><br>D and D Marketing, Inc., d/b/a T3Leads, *et al.*,<br><br>    Defendants. | Case No. 2:15-cv-09692-PSG(Ex)<br><br>(consolidated for pretrial purposes with Case Nos. 2:16-cv-02724-PSG(Ex) and 2:16-cv-02725-PSG(Ex))<br><br>**STIPULATED FEDERAL RULE OF EVIDENCE 502(d) ORDER** |

This matter having come before the Court pursuant to Federal Rule of Evidence 502(d), and Plaintiff Consumer Financial Protection Bureau (the "CFPB" or "Bureau") and Defendants D and D Marketing, Inc. d/b/a T3Leads ("T3"), Marina Demirchyan, Grigor Demirchyan, Dmitry Fomichev, and Davit Gasparyan (a/k/a David Gasparyan) ("Defendants" and collectively with the CFPB the "Parties" or individually as "Party") having stipulated to the relief set forth herein, it is hereby ORDERED:

The production of privileged or work-product-protected documents, electronically stored information ("ESI"), or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a Party's right to conduct a review of documents, ESI, or other information (including metadata) for relevance, responsiveness, or segregation of privileged or protected information before production.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: _____

_____
HON.