BARRY REIFERSON (*pro hac vice*)
Email: barry.reiferson@cfpb.gov
MEGHAN SHERMAN CATER (*pro hac vice*)
Email: meghan.sherman@cfpb.gov
JADE A. BURNS (*pro hac vice*)
Email: jade.burns@cfpb.gov
LEANNE E. HARTMANN, CA Bar #264787
Email: leanne.hartmann@cfpb.gov
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone: (212) 328-7020
Facsimile: (202) 435-7329

Attorneys for Plaintiff, Consumer Financial Protection Bureau

PATRICK M. KELLY (SBN 45426)
patrick.kelly@wilsonelser.com
HERBERT P. KUNOWSKI (SBN 150141)
herbert.kunowski@wilsonelser.com
WILSON, ELSER, MOSKOWITZ, EDELMAN &DICKER LLP
555 South Flower Street, Suite 2900
Los Angeles, CA 90071
Telephone: 213.443.5100
Facsimile: 213.443.5101
Attorneys for Defendants D and D Marketing, Inc., d/b/a T3Leads; Grigor Demirchyan; and Marina Demirchyan

STEVEN B. SOLTMAN, ESQ., SBN 108649
Email: ssoltman@slfesq.com
THOMAS RITTENBURG, ESQ., SBN 108090
Email: Trittenburg@sflesq.com
SOLTMAN, LEVITT, FLAHERTY & WATTLES LLP
90 E. Thousand Oaks Blvd., Ste. 300
Thousand Oaks, CA 91360
Telephone: (805) 497-7706; Facsimile: (805) 497-1147
Attorneys for Defendant Dmitry Fomichev

STIPULATION FOR ENTRY OF PROTECTIVE ORDER FOR CONFIDENTIAL INFORMATION

ABRAHAM J. COLMAN (SBN 146933)
Email: acolman@reedsmith.com
RAFFI KASSABIAN (SBN 260358)
Email: rkassabian@reedsmith.com
JAMES A. ROLFES (*pro hac vice*)
Email: jrolfes@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000; Facsimile: +1 213 457 8080

Attorneys for Defendant Davit Gasparyan, a/k/a David Gasparyan

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>Plaintiff,<br><br>v.<br><br>D and D Marketing, Inc., d/b/a T3Leads, *et al.*,<br><br>Defendants. | CASE NO. 2:15-cv-09692-PSG(Ex)<br><br>(consolidated for pretrial purposes with Case Nos. 2:16-cv-02724-PSG(Ex) and 2:16-cv-02725-PSG(Ex))<br><br>**STIPULATION FOR ENTRY OF PROTECTIVE ORDER FOR CONFIDENTIAL INFORMATION** |

Plaintiff Consumer Financial Protection Bureau (the "Bureau") and Defendants D and D Marketing d/b/a T3Leads ("T3"), Marina Demirchyan, Grigor Demirchyan, Dmitry Fomichev, and Davit Gasparyan (a/k/a David Gasparyan) stipulate to and request entry of the accompanying proposed protective order for confidential information. *See* Court Order requiring submission of stipulated or alternative proposals, at ECF No. 89.

Dated: June 9, 2017

Respectfully submitted,

Consumer Financial Protection Bureau

/s/ Barry E. Reiferson
Barry Reiferson (*pro hac vice*)
Attorney for Plaintiff,
Consumer Financial Protection Bureau

Soltman, Levitt, Flaherty & Wattles LLP

/s/ Thomas Rittenburg
Thomas Rittenburg, Esq., SBN 108090
Attorney for Defendant,
Dmitry Fomichev

Wilson, Elser, Moskowitz, Edelman & Dicker LLP

/s/ Herbert P. Kunowski
Patrick M. Kelly, SBN 45426
Herbert P. Kunowski, SBN 150141
Attorney for Defendants,
D and D Marketing, Inc., d/b/a
T3Leads; Grigor Demirchyan; and
Marina Demirchyan

Reed Smith LLP

/s/ Abraham J. Colman
Abraham J. Colman, SBN 146933
Raffi Kassabian SBN 260358
James A. Rolfes (*pro hac vice*)
Attorneys for Defendant,
Davit Gasparyan, a/k/a David Gasparyan

**Attestation Pursuant To Local Rule 5-4.3.4**

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of this document.

CONSUMER FINANCIAL PROTECTION BUREAU

/s/ Barry Reiferson
Barry E. Reiferson (*pro hac vice*)
Attorney for Plaintiff Consumer Financial Protection Bureau

---
STIPULATION FOR ENTRY OF PROTECTIVE ORDER FOR CONFIDENTIAL INFORMATION