Consumer Financial Protection Bureau
Office of Enforcement
1700 G Street, NW
Washington, DC 20552

E-FILED
JUL 14 2017

Document # _____
Link # 126

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Consumer Financial Protection Bureau,

            v.

D and D Marketing, Inc., d/b/a T3 Leads et al.,

Plaintiff(s)

Defendant(s).

CASE NUMBER

2:15-CV-9692-PSG-Ex

(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Cater, Meghan S.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 435-9165
*Telephone Number*

(202) 435-7329
*Fax Number*

meghan.cater@cfpb.gov
*E-Mail Address*

of

Consumer Financial Protection Bureau
Office of Enforcement
1700 G Street, NW
Washington, DC 20552

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Consumer Financial Protection Bureau

*Name(s) of Party(ies) Represented*
☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Hartmann, Leanne E.
*Designee's Name (Last Name, First Name & Middle Initial)*

264787
*Designee's Cal. Bar No.*

(415) 844-9787
*Telephone Number*

(415) 844-9788
*Fax Number*

leanne.hartmann@cfpb.gov
*E-Mail Address*

of

Consumer Financial Protection Bureau
Office of Enforcement
301 Howard Street, Suite 1200
San Francisco, CA 94105

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
          ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
          ☐ for failure to complete Application: _____
          ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
          ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
          ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated 7/14/17

_____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1
MANDATORY CHAMBERS COPY