BARRY REIFERSON (*pro hac vice*)
Email: barry.reiferson@cfpb.gov
MEGHAN SHERMAN CATER (*pro hac vice*)
Email: meghan.sherman@cfpb.gov
JADE A. BURNS (*pro hac vice*)
Email: jade.burns@cfpb.gov
LEANNE E. HARTMANN, CA Bar #264787
Email: leanne.hartmann@cfpb.gov
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone: (212) 328-7020
Facsimile: (202) 435-7329

Attorneys for Plaintiff, Consumer Financial Protection Bureau

PATRICK M. KELLY (SBN 45426)
patrick.kelly@wilsonelser.com
HERBERT P. KUNOWSKI (SBN 150141)
herbert.kunowski@wilsonelser.com
WILSON, ELSER, MOSKOWITZ, EDELMAN &DICKER LLP
555 South Flower Street, Suite 2900
Los Angeles, CA 90071
Telephone: 213.443.5100
Facsimile: 213.443.5101

Attorneys for Defendants D and D Marketing, Inc., d/b/a T3Leads; Grigor Demirchyan; and Marina Demirchyan

STEVEN B. SOLTMAN, ESQ., SBN 108649
Email: ssoltman@slfesq.com
PHILIP E. BLACK, ESQ., SBN 112779
Email: pblack@sflesq.com
SOLTMAN, LEVITT, FLAHERTY & WATTLES LLP
90 E. Thousand Oaks Blvd., Ste. 300
Thousand Oaks, CA 91360
Telephone: (805) 497-7706; Facsimile: (805) 497-1147

Attorneys for Defendant Dmitry Fomichev

Joint Status Report On Mediation

2830080v.1

ABRAHAM J. COLMAN (SBN 146933)
Email: acolman@reedsmith.com
RAFFI KASSABIAN (SBN 260358)
Email: rkassabian@reedsmith.com
JAMES A. ROLFES (*pro hac vice*)
Email: jrolfes@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000; Facsimile: +1 213 457 8080

Attorneys for Defendant Davit Gasparyan, a/k/a David Gasparyan

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>  Plaintiff,<br><br>v.<br><br>D and D Marketing, Inc., d/b/a T3Leads, *et al.*,<br><br>  Defendants. | CASE NO. 2:15-cv-09692-PSG(Ex)<br><br>(consolidated for pretrial purposes with Case Nos. 2:16-cv-02724-PSG(Ex) and 2:16-cv-02725-PSG(Ex))<br><br>JOINT STATUS REPORT ON MEDIATION |

Plaintiff Consumer Financial Protection Bureau (the "Bureau") and Defendants D and D Marketing d/b/a T3Leads ("T3"), Marina Demirchyan, Grigor Demirchyan, Dmitry Fomichev, and Davit Gasparyan (a/k/a David Gasparyan) (collectively, the "Parties") provide the following joint status report regarding mediation and the related settlement discussions.

The Parties participated in mediation before retired U.S. District Judge George H. King on June 28, 2017, and the settlement dialogue continues among

the Parties and with Judge King. Information is still being exchanged, and the Parties continue to believe that progress is being made.

Dated: August 4, 2017

Respectfully submitted,

| Consumer Financial Protection Bureau | Soltman, Levitt, Flaherty & Wattles LLP |
|---|---|
| /s/ Barry Reiferson<br>Barry Reiferson (*pro hac vice*)<br>Attorney for Plaintiff,<br>Consumer Financial Protection Bureau | /s/ Philip E. Black<br>Philip E. Black, SBN 112779<br>Attorney for Defendant,<br>Dmitry Fomichev |
| Wilson, Elser, Moskowitz, Edelman & Dicker LLP | Reed Smith LLP |
| /s/ Herbert P. Kunowski<br>Patrick M. Kelly, SBN 45426<br>Herbert P. Kunowski, SBN 150141<br>Attorney for Defendants,<br>D and D Marketing, Inc., d/b/a T3Leads; Grigor Demirchyan; and Marina Demirchyan | /s/ James A. Rolfes<br>Abraham J. Colman, SBN 146933<br>Raffi Kassabian SBN 260358<br>James A. Rolfes (*pro hac vice*)<br>Attorneys for Defendant,<br>Davit Gasparyan, a/k/a David Gasparyan |

**Attestation Pursuant To Local Rule 5-4.3.4**

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of this document.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

/s/ Herbert P. Kunowski
Herbert P. Kunowski