BARRY REIFERSON (*pro hac vice*)
Email: barry.reiferson@cfpb.gov
MEGHAN SHERMAN CATER (*pro hac vice*)
Email: meghan.sherman@cfpb.gov
JADE A. BURNS (*pro hac vice*)
Email: jade.burns@cfpb.gov
LEANNE E. HARTMANN, CA Bar #264787
Email: leanne.hartmann@cfpb.gov
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone: (212) 328-7020
Facsimile: (202) 435-7329
Attorneys for Plaintiff, Consumer Financial Protection Bureau

PATRICK M. KELLY (SBN 45426)
patrick.kelly@wilsonelser.com
HERBERT P. KUNOWSKI (SBN 150141)
herbert.kunowski@wilsonelser.com
WILSON, ELSER, MOSKOWITZ, EDELMAN &DICKER LLP
555 South Flower Street, Suite 2900
Los Angeles, CA 90071
Telephone: 213.443.5100
Facsimile: 213.443.5101
Attorneys for Defendants D and D Marketing, Inc., d/b/a T3Leads;
Grigor Demirchyan; and Marina Demirchyan

STEVEN B. SOLTMAN, ESQ., SBN 108649
Email: ssoltman@slfesq.com
PHILIP E. BLACK, ESQ., SBN 112779
Email: pblack@sflesq.com
SOLTMAN, LEVITT, FLAHERTY & WATTLES LLP
90 E. Thousand Oaks Blvd., Ste. 300
Thousand Oaks, CA 91360
Telephone: (805) 497-7706; Facsimile: (805) 497-1147
Attorneys for Defendant Dmitry Fomichev

ABRAHAM J. COLMAN (SBN 146933)
Email: acolman@reedsmith.com
RAFFI KASSABIAN (SBN 260358)
Email: rkassabian@reedsmith.com
JAMES A. ROLFES (*pro hac vice*)
Email: jrolfes@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000; Facsimile: +1 213 457 8080
Attorneys for Defendant Davit Gasparyan, a/k/a David Gasparyan

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>       Plaintiff,<br><br>v.<br><br>D and D Marketing, Inc., d/b/a T3Leads, *et al.*,<br><br>       Defendants. | CASE NO. 2:15-cv-09692-PSG(Ex)<br><br>(consolidated for pretrial purposes with Case Nos. 2:16-cv-02724-PSG(Ex) and 2:16-cv-02725-PSG(Ex))<br><br>JOINT STATUS REPORT ON MEDIATION |

Plaintiff Consumer Financial Protection Bureau (the "Bureau") and Defendants D and D Marketing d/b/a T3Leads ("T3"), Marina Demirchyan, Grigor Demirchyan, Dmitry Fomichev, and Davit Gasparyan (a/k/a David Gasparyan) (collectively, the "Parties") provide the following joint status report regarding mediation and the related settlement discussions.

The Parties participated in mediation before retired U.S. District Judge George H. King on June 28, 2017, and the settlement dialogue continues. Some of

2834788v.1

the Parties expect to appear for a second mediation session before Judge King on August 16, 2017.

T3 and the Demirchyans will participate with the Bureau in the second mediation session. Gasparyan is considering his participation. Neither Fomichev nor the Bureau believes that Fomichev's participation in the second mediation session is necessary. Fomichev's counsel will be available by phone and is considering the Bureau's most recent proposal.

All Parties continue to speak by telephone and exchange information. None of the Parties intend to seek additional continuances based on mediation unless settlement is imminent after the August 16 mediation session.

Dated: August 11, 2017

Respectfully submitted,

Consumer Financial Protection Bureau          Soltman, Levitt, Flaherty & Wattles LLP

/s/ Barry Reiferson                           /s/ Philip E. Black
Barry Reiferson (*pro hac vice*)              Philip E. Black, SBN 112779
Attorney for Plaintiff,                       Attorney for Defendant,
Consumer Financial Protection Bureau          Dmitry Fomichev

Wilson, Elser, Moskowitz, Edelman &           Reed Smith LLP
Dicker LLP

/s/ Herbert P. Kunowski                       /s/ James A. Rolfes
Patrick M. Kelly, SBN 45426                   Abraham J. Colman, SBN 146933
Herbert P. Kunowski, SBN 150141               Raffi Kassabian SBN 260358
Attorney for Defendants,                      James A. Rolfes (*pro hac vice*)
D and D Marketing, Inc., d/b/a                Attorneys for Defendant,
T3Leads; Grigor Demirchyan; and               Davit Gasparyan, a/k/a David
Marina Demirchyan                             Gasparyan

2834788v.1

**Attestation Pursuant To Local Rule 5-4.3.4**

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of this document.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

/s/ Herbert P. Kunowski
Herbert P. Kunowski

2834788v.1