UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-9692 PSG (Ex) | Date | August 23, 2017 |
|---|---|---|---|
| Title | CFPB v. D and D Marketing, Inc. et al. | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):**   Order DENYING Defendants' Motion to Stay

  Before the Court is Defendants D and D Marketing, Inc., Grigor Demirchyan, and Marina Demirchyan's motion to stay the case pending disposition of appeal. Dkt. # 90. Defendants Davit Gasparyan and Dmitry Fomichev joined the motion. Dkt. # 97, 101. Plaintiff Consumer Financial Protection Bureau opposes the motion, Dkt. # 112, and Defendants filed replies. Dkt. # 131, 145.

  The Court has read and considered the moving papers filed by the parties, and the motion is DENIED.

  **IT IS SO ORDERED.**