1  ASHLEY VINSON CRAWFORD (SBN 257246)
   avcrawford@akingump.com
2  DANIELLE C. GINTY (SBN 261809)
   dginty@akingump.com
3  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   580 California Street, Suite 1500
4  San Francisco, CA 94014
   Telephone:    415.765.9500
5  Facsimile:    415.765.9501

6  PATRICK M. KELLY (SBN 45426)
   patrick.kelly@wilsonelser.com
7  HERBERT P. KUNOWSKI (SBN 150141)
   herbert.kunowski@wilsonelser.com
8  **WILSON, ELSER, MOSKOWITZ, EDELMAN
   & DICKER LLP**
9  555 South Flower Street, Suite 2900
   Los Angeles, CA 90071
10 Telephone:    213.443.5100
   Facsimile:    213.443.5101

11 Attorneys for Defendants D and D Marketing,
12 Inc., d/b/a T3Leads, Grigor Demirchyan, and
   Marina Demirchyan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>D and D Marketing Inc., d/b/a T3Leads, Grigor Demirchyan, and Marina Demirchyan,<br><br>　　　　　　　Defendants. | Case No. 2:15-cv-09692 PSG(Ex)<br><br>(consolidated for pretrial purposed with Case Nos. 2:16-cv-2724-PSG(Ex); 2:16-cv-2725-PSG(Ex))<br><br>[Hon. Philip S. Gutierrez, Dept. 6A]<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Akin Gump Strauss Hauer & Feld LLP hereby associates as counsel Donald J. Putterman and Constance J. Yu of Putterman Landry + Yu LLP on behalf of Defendants D and D Marketing Inc., d/b/a T3Leads, Grigor Demirchyan, and Marina Demirchyan (collectively, "Defendants") in this matter.  All pleadings and other papers served on Defendants should also be directed to Mr. Putterman and Ms. Yu at the following address:

> Donald J. Putterman (SBN 90822)
> dputterman@plylaw.com
> Constance J. Yu (SBN 182704)
> cyu@plylaw.com
> Putterman Landry + Yu LLP
> 353 Sacramento Street, Suite 560
> San Francisco, CA  94111
> Telephone:   415.839.8779
> Facsimile:    415.737.1363

| | |
|---|---|
| Dated:  September 19, 2017 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| | |
| | By  /s/ Ashley Vinson Crawford[1] |
| | Ashley Vinson Crawford |
| | Danielle C. Ginty |
| | |
| | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| | |
| | By  /s/ Herbert P. Kunowski |
| | Patrick M. Kelly |
| | Herbert P. Kunowski |
| | |
| | Attorneys for Defendants D and D Marketing, Inc., d/b/a T3 Leads, Grigor Demirchyan, and Marina Demirchyan |

---

[1] By filing this document, I attest that I have received consent from all other signatories to file this document with their electronic signature.