UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 15-9692-PSG(Ex)   Date:  November 30, 2017

Title:  CONSUMER FINANCIAL PROTECTION BUREAU v. D AND D MARKETING, INC. DBA T3 LEADS, ET AL.

**DOCKET ENTRY**

**PRESENT:**

HON.  **CHARLES F. EICK**, JUDGE

| STACEY PIERSON | N/A |
|---|---|
| **DEPUTY CLERK** | **COURT REPORTER** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                                                          None

**PROCEEDINGS:**    **(IN CHAMBERS)**                                (Page 1 of 2)

The Court has read and considered all papers filed in support of and in opposition to "Plaintiff's Motion to Compel Answers to Interrogatories and Production of Documents" ("the Motion"), filed October 25, 2017.  The Court heard oral argument on November 30, 2017.

The Motion is granted as to Interrogatory No. 3 (with the understanding that "Leads" shall include consumer data relating to potential loan applications, and limited to the time period May 1, 2010, to the present), Interrogatory No. 4 (with the understanding that "Leads" shall include consumer data relating to potential loan applications, and limited to the time period May 1, 2010, to the present), and Request for Production No. 5 (limited to documents relating to complaints, underwriting criteria, acceptance criteria, conversion rates, repayment rates, collection, lender identity and revenue generated, and limited to the time period May 1, 2010, to the present).

Defendant D and D Marketing, Inc. shall serve both of the supplemental interrogatory answers compelled herein and shall produce all of the documents compelled herein on or before January 15, 2018.  Defendant D and D Marketing, Inc. may withhold from its production only those documents claimed to be privileged under the attorney-client privilege or the work product doctrine.  If any such documents are withheld, Defendant D and D Marketing, Inc. shall serve a privilege log on or before January 18, 2018, identifying with particularity each such document withheld.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 15-9692-PSG(Ex)                                                         Date:  November 30, 2017

Title:  CONSUMER FINANCIAL PROTECTION BUREAU v. D AND D MARKETING, INC. DBA T3 LEADS, ET AL.

**DOCKET ENTRY**

**PRESENT:**

HON.  **CHARLES F. EICK, JUDGE**

|  STACEY PIERSON  |  N/A  |
|---|---|
| **DEPUTY CLERK** | **COURT REPORTER** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                                                                 None

**PROCEEDINGS:   (IN CHAMBERS)**                                           (Page 2 of 2)

Except as expressly stated herein, the Motion is denied.

Any party seeking review of this Order shall cause the preparation and filing of a transcript of the November 30, 2017 hearing.

cc:   Judge Gutierrez
       All Counsel of Record

MINUTES FORM 11                                                                          Initials of Deputy Clerk    SP
CIVIL-GEN